UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1415

JUDY JEANETTE DVORAK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

ORDER

Upon application of Defendant, no hearing hereon being deemed necessary, ~~and for good cause shown~~ JMM, it is hereby

ORDERED that Defendant shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to November 6, 2001.

Dated: 10/7/01

JOHN M. MASON
United States Magistrate Judge

OCT 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK