UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1415

| | | |
|---|---|---|
| JUDY JEANETTE DVORAK, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, Defendant. | ) | |

Based on the Joint Motion for Enlargement of Time, it is hereby

ORDERED that the time for completing Rule 35 examinations is enlarged to June 1, 2002.

Dated this 12 Day of March, 2002.

JOHN M. MASON
United States Magistrate Judge

FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK