UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDY JEANETTE DVORAK, CIVIL NO. 01-1415 (RHK/JMM)

Plaintiff,

v. ORDER

UNITED STATES OF AMERICA,

Defendant.

The above matter came on before the undersigned upon the Parties' Joint Motion for Enlargement of Time.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Joint Motion for Enlargement of Time is denied.

Dated: May 3, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This matter was commenced by the filing of a Complaint on August 6, 2001. The Answer was not filed until November 6, 2001. A pretrial conference was held shortly thereafter, and the Pretrial Scheduling Order was then issued on November 14, 2001. On March 12, 2002, the Parties proposed a single change in the Scheduling Order, and the

FILED MAY - 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Court permitted it: The time for completing Rule 35 examinations was enlarged to June 1, 2002. No suggestion was made at that time that any other changes were desired or necessary.

The current Motion does not suggest any reason why the Scheduling Order should be amended, nor does it provide any of the information required by Local Rule 16.3 when such an Order is sought. The Rule does not permit a change in the absence of that information. In addition, it would appear that the proposed changes would interfere with the September 1, 2002 deadline for submitting dispositive Motions, and the November 1, 2002 trial date.

J.M.M.