UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

JUDY JEANETTE DVORAK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

Civil No. 01-1415 RHK/AJB

ORDER

---

The Court has considered the parties' stipulation for an extension of deadlines previously ordered in the amended pretrial scheduling order of the Honorable John M. Mason issued on May 28, 2002.

The Court hereby **grants the motion in part and denies it in part.**

The Court's pretrial scheduling order should be amended as follows:

1. The time for Plaintiff to complete expert disclosures shall be continued to August 15, 2002. The Defendant shall complete expert disclosures by September 1, 2002.

2. The discovery deadline shall be extended to September 1, 2002.

The request of the parties to extend other deadlines is **denied.**

Dated: August 5, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed AUG 0 6 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

# MEMORANDUM

The Court notes that a hearing on the plaintiff's motion is scheduled for August 20, 2002. The original pretrial scheduling order was dated November 14, 2001. By amendment, deadlines were extended on May 28, 2002. The parties request that the trial deadline and dispositive motion deadline be extended. This Court is unwilling to do so. Rather than await the hearing scheduled on August 20, the Court granted partial relief immediately.

The above order does not preclude the parties from coming in to offer further argument on August 20. Said motion if heard on August 20 will be considered by the Court without prejudice.

If counsel should have any questions about this matter please contact my Judicial Assistant Kathy Thobe at (651) 848-1210.

AJB