UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

JUDY JEANETTE DVORAK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

Civil No. 01-1415 RHK/AJB

ORDER

---

The Court has considered the parties' Motion to Enlarge Time for Discovery, Motions and Trial. The Court hereby **denies** the same except as previously allowed in this Court's Order of August 5, 2002.

Dated: August 20, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The Court understands that the parties have agreed between themselves to conduct some discovery following the Court's Order deadline of September 1, 2002. The Court has no objections to the parties conducting discovery after said date. When discovery occurs by agreement, any disputes should not be addressed to the Court for resolution.

AJB

Filed AUG 2 1 2002
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________