CV01-1415 RHK/JMM AJB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR NOVEMBER, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning November 4, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By October 16, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By October 23, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By October 29, 2002: Responses to the Written Objections.

Dated: August 30, 2002

RICHARD H. KYLE
United States District Judge

FILED AUG 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | Douglas L. Edge | Donald Arbour<br>612-288-0782 |
| | vs CV 01-1296 RHK/SRN | Judith Schermer<br>612-843-5400 |
| | City of St. Paul<br>et al | James Jerskey<br>651-266-8770 |
| 4. | Judith Jeanette Dvorak | Keith Kerfeld<br>612-334-3399 |
| | vs CV 01-1415 RHK/~~JMM~~ AJB<br>Jury | |
| | United States of America | Lonnie Bryan<br>612-664-5600 |
| 5. | Janine Conroy, as the trustee for the heirs of Matthew Joseph Conroy | Joel Montpetit<br>651-450-9000 |
| | vs CV 01-1626 RHK/RLE<br>DULUTH Jury | |
| | Lynn Dingle, individually and in her official capacity as Warden of the Minnesota Correctional Facility/Moose Lake et al | Jerome Getz<br>651-282-5700 |

| | | |
|---|---|---|
| 6. | **Nicholas Malchow**<br><br>**vs CV 01-1662 RHK/RLE**<br>**DULUTH Jury**<br><br>**GMI Acquisition Inc.,**<br>**dba Car/Truck City**<br>**et al** | **Thomas Lyons Jr.**<br>**651-770-9707**<br><br>**Daniel Boivin**<br>**612-339-9121**<br>**Karen Melling van Vliet**<br>**651-227-2534** |
| 7. | **Bruce Bendel**<br><br>**vs CV 01-1663 RHK/~~JMM~~** AJB<br>**Jury**<br><br>**Techies. Com., Inc., a Delware**<br>**corporation** | **Donald Nichols**<br>**Nicholas May**<br>**612-338-1919**<br><br>**Carl Lehmann**<br>**612-343-2800** |
| 8. | **Tresa M. Halvorson**<br><br>**vs CV 01-1774 RHK/~~JMM~~** AJB<br>**Jury**<br><br>**Conseco Finance Corporation,** | **James Kaster**<br>**612-338-1919**<br><br>**Ann Huntrods**<br>**651-223-6600** |