**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JUDY JEANETTE DVORAK,

Plaintiff,

vs. CV 01-1415 RHK/AJB

UNITED STATES OF AMERICA,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Monday, October 28, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 9, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed OCT 0 9 2002
Richard D. Sletten, Clerk

By:____________________