UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Judy Jeanette Dvorak,

Plaintiff,

Civil 01-1415 (RHK/AJB)

vs.

**ORDER**

United States of America,

Defendant.

---

The Court may impanel an advisory jury in this matter; accordingly, counsel shall submit proposed jury instructions (no later than October 22, 2002).[1]

Dated: October 11, 2002

RICHARD H. KYLE
United States District Judge

[1]This does not amend the Court's Order of August 30, 2002, regarding the scheduling and content of pretrial materials.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK