**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Judy Jeanette Dvorak,

Plaintiff,

v.

United States of America,

Defendant.

Civ. No. 01-1415 (RHK/AJB)

**ORDER RE: BRIEFING ON POST-TRIAL MOTION**

---

Before the Court is the Defendant United States of America's Post Trial Motion for a New Trial or, Alternatively, to Award Judgment in its Favor, pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure. If Plaintiff Judy J. Dvorak intends to submit a response to the Post-Trial Motion, such response shall be filed ***in Saint Paul*** and served on opposing counsel by Monday, January 27, 2003. The Plaintiff shall not, however, address issue number two, identified on page two and discussed at pages seven through eleven of Defendant's Memorandum in Support of the Post Trial Motion.

The Court does *not* grant the Defendant leave to submit a reply memorandum in support of the Post-Trial Motion.

Dated: January 16, 2003

RICHARD H. KYLE
United States District Judge.

FILED JAN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____