UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Jeanette Dvorak,

Plaintiff,

Civil 01 CV 1415 RHK/AJB

v.

United States of America,

Defendant.

COST JUDGMENT

The costs of Plaintiff have been taxed and allowed by the Clerk of this Court against Defendant United States of America as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 159.50 | $ 150.00 |
| Fees for service of summons and subpoena | $ 29.00 | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 2,899.80 | $ 1,338.75 |
| Fees of witnesses | $ 17,635.19 | $ 607.69 |
| Fees for exemplification and copies | $ 2,050.13 | $ 1,497.63 |
| TOTAL: | $ 22,773.62 | $ 3,594.07 |

Costs, therefore, are taxed in the sum of Three Thousand Five Hundred Ninety-Four Dollars and 07/100 ($3,594.07) in favor of Plaintiff Judy Jeanette Dvorak and against United States of America and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of April 18, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED APR 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# TAXATION OF COSTS SUMMARY

Civil#01-1415

Judy Jeanette Dvorak
v.
United States of America

---

I. Fees of the Clerk and for service and summons

| | | | |
|---|---|---|---|
| Claimed | $159.50 | Allowed | $150.00 |

Request for $9.50 motion in limine fee and $29.00 service of summons fee withdrawn

II Fees of the court reporter

| | | | |
|---|---|---|---|
| Claimed | $2,899.80 | Allowed | $1,338.75 |

awarded: deposition transcript costs for Catherine Lambert, Dr. Monsein, Dr. Lawrenz, Dr. Tulloch and videographer costs

not awarded: deposition transcript costs for Hendrickson (cost not itemized), Judy Dvorak, Scott Dvorak, Zoann Dvorak, Daniel Carleen, and Joseph Smith (not shown to be necessarily obtained for use in case)

III Fees for witnesses

| | | | |
|---|---|---|---|
| Claimed | $17,635.19 | Allowed | $607.69 |

awarded: itemized witness fees for Joe Smith and Shirley Finical, and travel costs for Sandy Neilsen

not awarded: expert witness fees for trial not authorized under 28 U.S.C. § 1821; although statutory witness fee of $40.00 per day is authorized, Bill of Costs does not contain request for this fee and does not specify how many days each witness testified

III Fees for exemplification and copies

| | | | |
|---|---|---|---|
| Claimed | $2,050.13 | Allowed | $1,497.63 |

Request for $552.50 copy costs withdrawn

**TOTAL ALLOWED: $3,594.07**